IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
Houston Division

| | |
|---|---|
| STARVING STUDENTS, INC., a California corporation,<br><br>    Plaintiff,<br><br>    v.<br><br>S AND S STARVING STUDENT MOVERS, INC., a Texas corporation, NEW ORLEANS STARVING STUDENT MOVERS INC., a Louisiana corporation, S AND S MOVING, INC., a Louisiana corporation, DEBRYNNT P. MCDUFFIE, an individual, and PAUL BARNETT, an individual,<br><br>    Defendants. | Civil Action No. 4:12cv3308 |

## JOINT REQUEST FOR ENTRY OF PRELIMINARY INJUNCTION ORDER AND REQUEST FOR HEARING

Plaintiff and Defendants have worked in good faith to draft an appropriate Preliminary Injunction Order and have agreed upon a bond. The proposed Order is attached.

The parties have agreed to all of the language in the attached Proposed Order, **except the highlighted language at the end of Paragraph (1) on page 2**. Plaintiff contends that the Court should preliminarily enjoin Defendants from using a name or mark that contains either the word "Starving" or the word "Student." Defendants contend that the Court should not preliminarily enjoin them from using a name or mark that contains either the word "Starving" or the word "Student."

The parties respectfully request a non-evidentiary hearing for the Court to decide this sole dispute between the parties as to the content of the Order.

Dated: February 25, 2013

- 2 -

Respectfully submitted,

/John. J. Dabney/
John J. Dabney, Esq. (*pro hac vice*) (*pending* Attorney-in-Charge) (D.C. Bar No. 480509)
Mary D. Hallerman, Esq. (*pro hac vice*) (D.C. Bar No. 1004505)
McDermott Will & Emery LLP
The McDermott Building
500 North Capitol Street, NW
Washington, DC 20001
Telephone: 202.756.8000
Facsimile: 202.756.8087
E-mail: jdabney@mwe.com
         mhallerman@mwe.com

Donna M. Haynes, Esq.
TX Bar No. 24071472
SDTX ID No. 1393298
McDermott Will & Emery LLP
1000 Louisiana St., Suite 3900
Houston, Texas 77002
Telephone: 713.653.1700
Facsimile: 713.739.7592
E-mail: dhaynes@mwe.com

*Counsel for Plaintiff Starving Students, Inc.*

/Patrick Drouilhet/
Patrick Drouilhet, Esq. (TX Bar No. 00783985)
Law Office of Patrick W. Drouilhet
2500 Citiwest Blvd.
Suite 300
Houston, Texas 77042
Telephone: 713.267.2327
E-mail: prdrouilhet@pwdlaw.com

Joseph R. McMahon, Esq. (LA Bar No. 21769)
McMahon Law Firm
110 Ridgelake Drive
Metairie, LA 70001
Telephone: 504.828.6225
E-mail: jrm@webdsi.com

*Counsel for Defendants*